

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00187-CV

———————————————

DAVID LYNN, Appellant

V.

RONALD FERGUSON, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-331430-22

AND

_____

No. 02-22-00200-CV
_____


IN RE DAVID LYNN, RELATOR


---

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-331430-22

---

Before Bassel, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND ORDER**

The court has considered David Lynn's "Request for a Writ of Mandamus" in cause number 02-22-00200-CV and is of the opinion that relief should be denied. Accordingly, the "Request for a Writ of Mandamus" is denied.

The court has also considered Lynn's "Request for Emergency Stay of Summary Judgment Orders Removing Liens" and "Brief in Support of Motion for Emergency Stay of Removal Order" in cause number 02-22-00187-CV. The court is of the opinion that any requests for stays of any trial court order in the underlying cause should be denied. Accordingly, any request for a stay is denied.

Per Curiam

Delivered: June 1, 2022